1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9
   CRAIG YATES, an individual,          )   CASE NO. CV-10-1411-MEJ
10                                       )
          Plaintiff,                     )
11                                       )   STIPULATION RE CONTINUING
   v.                                    )   DEADLINE FOR THE PARTIES TO
12                                       )   CONDUCT THE JOINT SITE
                                         )   INSPECTION; AND [PROPOSED] ORDER
13 THAINA CAFÉ LLC, a California Limited )   THEREON
   Liability Company; and STAR 94 LLC, a )
14                                       )
   California Limited Liability Company, )
15                                       )
          Defendants.                    )
16                                       )
   _____ )

17

18

19
          Plaintiff CRAIG YATES and defendant STAR 94 LLC, a California Limited Liability
20
   Company, by and through their respective counsel, respectfully request and stipulate, as follows:
21
          1.    **Whereas**, defendant STAR 94 LLC filed its answer to the complaint in the above-
22
   captioned matter on June 30, 2010;
23
          2.    **Whereas**, plaintiff CRAIG YATES submitted his demand for injunctive relief to
24
   defendant STAR 94 LLC, a California Limited Liability Company on August 10, 2010;
25
          3.    **Whereas**, defendant THAINA CAFÉ LLC has not responded to plaintiff's
26
   complaint.  Plaintiff's counsel has not heard from any attorney/representation for defendant
27
   THAINA CAFÉ LLC;
28
   STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
   [PROPOSED] ORDER THEREON                                    CV-10-1411-MEJ

                                                                              1

1    4.    **Whereas**, defendant THAINA CAFÉ LLC was served with the summons and

2  complaint by sub-service on May 27, 2010.  Defendant THAINA CAFÉ LLC answer to

3  plaintiff's complaint was due on June 26, 2010;

4    5.    **Whereas**, plaintiff submitted his letter regarding default to defendant THAINA

5  CAFÉ LLC on August 10, 2010;

6    6.    **Whereas**, due to these circumstances, the parties have not been able to conduct

7  the joint site inspection as Ordered by General Order 56, ¶3,4; and

8    7.    **Whereas**, in light of the above, by continuing the joint site inspection, counsel

9  for the plaintiff believes this will allow defendant THAINA CAFÉ LLC sufficient time to hire an

10  attorney, answer and/or otherwise respond to plaintiff's complaint and the parties can conduct the

11  joint site inspection as required by General Order 56.  If plaintiff's counsel is unsuccessful in

12  attempting to notify defendant THAINA CAFÉ LLC via certified mail regarding default, then

13  counsel for the plaintiff will proceed with filing a notice to request a default be entered against

14  defendant THAINA CAFÉ LLC.

15    **IT IS SO STIPULATED:**

16    That plaintiff CRAIG YATES and defendant STAR 94 LLC, a California Limited

17  Liability Company, agree, stipulate and respectfully request that the last day for the parties and

18  counsel to conduct the joint inspection of the premises be continued up to and including

19  September 30, 2010.

20  Respectfully submitted,

21

22  Dated: August 10, 2010        THOMAS E. FRANKOVICH, Esq.

23                  *A PROFESSIONAL LAW CORPORATION*

24

25                  By: _____/s/_____

26                    Thomas E. Frankovich
                    Attorneys for Plaintiff CRAIG YATES, an individual

27

28

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
[PROPOSED] ORDER THEREON**                              CV-10-1411-MEJ

1    Dated: 8\13_____, 2010        LEONARD P. MASTROMONACO, Esq.

2                                    MASTROMONACO REAL PROPERTY

3                                    LAW GROUP,

4

5                                    _____
                                            Leonard P. Mastromonaco, Esq.
6
                                     Attorneys for Defendant STAR 94 LLC, a California
7
                                     Limited Liability Company
8

9
                                              ORDER
10
          IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint
11
      site inspection of the premises be continued up to and including September 30, 2010.
12

13

14
      Dated: 8/17, 2010          _____
15
                                     Honorable Maria-Elena James
16
                                     United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28
      STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
      [PROPOSED] ORDER THEREON                                          CV-10-1411-MEJ

                                                                                          3