UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CRAIG YATES, | No. C 10-01411 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| THAINA CAFÉ LLC, et al., | |
| Defendants. | |

As this case has had no docket activity in the past 15 months, the Court ORDERS the parties to file a status report by January 10, 2012.

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California