| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
|   | Telephone:   415/444-5800 |
| 4 | Facsimile:    415/444-5805 |
| 5 | Attorneys for Plaintiff |
|   | CRAIG YATES, an individual; |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | **CASE NO. CV-10-1411-MEJ** |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND** |
| v. | ) | **[PROPOSED] ORDER THEREON** |
| THAINA CAFÉ LLC, a California Limited Liability Company; and STAR 94 LLC, a California Limited Liability Company, | ) | |
| Defendants. | ) | |

The parties, by and through their respective counsel, stipulate to dismissal of the complaint with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CV-10-1411-MEJ

prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: January 9, 2012                    THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*


                                          By:   /s/ Thomas E. Frankovich
                                                Thomas E. Frankovich
                                          Attorney for CRAIG YATES, an individual


Dated: January 9, 2012                    MASTROMONACO REAL PROPERTY LAW
                                          GROUP


                                          By:   /s/ Matthew K. Hindman
                                                Matthew K. Hindman
                                          Attorneys for STAR 94 LLC, a California Limited
                                          Liability Company

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: January 9, ____, 2012

_____
Honorable Magistrate Judge Maria-Elena James
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-1411-MEJ

-2-